AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No.   1:25-cr-00008-SL |
| RUSSELL STEWART | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Magistrate Judge Reuben J. Sheperd<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.:   11B |
|---|---|---|
| | | Date and Time:   01/28/2025 1:00 pm |

This offense is briefly described as follows:

29:666(e) Willful OSHA Violation Causing Death (Counts 1-2)
18:1505 Obstruction of Agency Proceeding (Count 3)

Please see enclosed Indictment.

Date:   01/15/2025

SANDY OPACICH, CLERK OF COURT

s/ Jaclyn Darrah
*Courtroom Deputy Clerk to the Honorable Reuben J. Sheperd*
*216.357.7135*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*